BEFORE THE JUDICIAL PANEL ON MULTI DISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)  　　　　　　　　　MDL DOCKET NO. 875

This Document Relates to;
MARGIE MAE WILLIAMS, et al.



IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

MARGIE MAE WILLIAMS, et al.　　　　　　　　　　　　　　　PLAINTIFFS

VS.　　　　　　　　　　　　　　　　CIVIL ACTION NO. 1:05CV42(WJG)

NATIONAL SERVICE INDUSTRIES, INC., et al.　　　　　　　　DEFENDANTS

**JUDGMENT OF DISMISSAL WITH PREJUDICE
AS TO GENERAL ELECTRIC COMPANY**

THIS CAUSE having come on for hearing on motion *ore tenus* of Harold L. Crapps, social security number \*\*\*-\*\*-5348, Curtis L. Jones, social security number \*\*\*-\*\*-2650, Benjamin Rice, social security number \*\*\*-\*\*-8649, William H. Smith, social security number \*\*\*-\*\*-6010, and Robert Walker, social security number \*\*\*-\*\*-5676, in the above-referenced cause to dismiss with prejudice General Electric Company, one of the Defendants therein, and the Court having been advised of the facts and circumstances of this matter, is of the opinion that such motion should be granted, but with the Plaintiffs reserving their rights against all other parties;

IT IS, THEREFORE, ORDERED AND ADJUDGED, that Defendant General Electric Company be and is hereby dismissed with prejudice as a Defendant in the above-styled and

numbered cause as to the above-mentioned Plaintiffs, with each party to bear its own costs.

SO ORDERED AND ADJUDGED, this the 3rd day of March, 2006.

_____
JAMES T. GILES, ~~CHIEF~~ UNITED STATES
DISTRICT COURT JUDGE

AGREED TO AND APPROVED BY:

_____
JEFFREY A. VARAS
VARAS & MORGAN, PLLC
119 CALDWELL DR.
HAZLEHURST, MS 39083
(601) 894-4088
ATTORNEYS FOR PLAINTIFFS

_____
MARCY B. CROFT (MSB 10864)
FORMAN PERRY WATKINS KRUTZ &
 TARDY LLP
POST OFFICE BOX 22608
JACKSON, MS 39225-2608
(601) 960-8600
ATTORNEYS FOR DEFENDANT